JTW: 09.10.19
ZBS: USAO 2019R00546

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP 11  PM 4:28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. CCB-19-0436 |
| DARNELL BARKSDALE, | * | (Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Dangerous Substances, 21 U.S.C. § 846; 2 Forfeiture, 21 U.S.C. § 853, 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(a)) |
| Defendant. | * | |

*******

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

From on or about May 22, 2019 and continuing until on or about the date of this Indictment, in the District of Maryland and elsewhere, the defendant,

**DARNELL BARKSDALE,**

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 846

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count 1, the Defendants,

**DARNELL BARKSDALE,**

shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such violation.

### Substitute Assets

3. Pursuant to Title 21, United States Code, Section 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

  e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendants up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853
18 U.S.C. § 982(a)(1)
28 U.S.C. § 2461(c)

*[signature]*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

_____September 11, 2019_____
Date